UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATTI LEE BUTLER,<br><br>          Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>          Defendant. | No.   1:14-CV-3121-LRS<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The Commission's decision is **REVERSED** and pursuant to sentence four of 42 USC § 405(g) and 1383(c)(3), this matter is **REMANDED** to the Commissioner for additional proceedings and/or findings.

DATED:  May 26, 2015

                              SEAN F. McAVOY
                              Clerk of Court
                              By:  *s/Cheryl Cambensy*
                                   Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**